December 22, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

HARRIS COUNTY HOSPITAL DISTRICT, Appellant

NO. 14-15-00152-CV                                    V.

WILLIAM PARKER, Appellee

_____

This cause, an appeal from the trial court's order partially denying the plea to the jurisdiction filed by appellant, Harris County Hospital District (the "District"), signed on November 21, 2014, in favor of appellee, William Parker, was heard on the transcript of the record. We have inspected the record and find that the trial court erred in denying the District's plea to the jurisdiction as to William Parker's race discrimination and retaliation claims. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment dismissing with prejudice William Parker's race discrimination and retaliation claims against the District.

We further order that all costs incurred by reason of this appeal be paid by appellee, William Parker.

We further order this decision certified below for observance.